# Court of Appeals
# of the State of Georgia

ATLANTA,  May 27, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1581. YANNI PIZZA, LLC v. ALL SAINTS EPISCOPAL CHURCH, INC.**

On January 30, 2020, the trial court entered an order ruling on post-judgment motions in this dispossessory case. On February 6, 2020, Yanni Pizza, LLC filed two notices of appeal from that order. The first appeal was docketed as Case Number A20A1580. This is the appeal transmitted from the second order. Because this appeal is duplicative of A20A1580, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/27/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*